EL PUEBLO DE PUERTO RICO, demandante y apelado *v.* JESÚS CARRIÓN, acusado y apelante.

No. 4047.—*Sometido:* Febrero 20, 1930. *Resuelto:* Febrero 24, 1930.

*F. M. Susoni,* abogado del apelante; *R. A. Gómez,* abogado de *El Pueblo,* apelado.

EL JUEZ ASOCIADO SEÑOR TEXIDOR, emitió la opinión del tribunal.

Jesús Carrión fué acusado de acometimiento y agresión grave, siendo la víctima de tal hecho Mariana Santiago. En

apelación, conoció de este caso la Corte de Distrito de Arecibo que dictó sentencia declarando culpable al acusado e imponiéndole la pena de cincuenta dólares de multa o un día de cárcel por cada dólar que dejara de satisfacer, y las costas.

De la prueba resulta que Jesús Carrión se hallaba una tarde en un cafetín cuando entró Mariana Santiago a llevarle café a un dependiente del establecimiento; Carrión preguntó a Mariana qué era de su vida, y ésta le contestó que estaba colocada, ganando siete u ocho dólares mensuales, y Carrión contestó que esa suma se la ganaba cualquier mujer de la vida; Mariana respondió a Carrión que así se la ganarían otras, pero ella no, y Carrión entonces la cogió por el cuello, la apretó, y le propinó varias bofetadas. En ese sentido declararon la perjudicada y Rosario Cajigas, el dependiente a quien ella llevaba el café. Como prueba de defensa, declararon dos testigos que dijeron que en efecto, había habido una discusión entre el acusado y la Santiago; que ésta le había dicho a Carrión cuando le habló de que ninguna mujer de la vida ganaba siete u ocho dólares, que así se los ganaba su mujer, y que Carrión se levantó, pero que intervino el dependiente y no pasó más, y que no vieron que Carrión le pegara a la Santiago. Se probó asimismo que Carrión es un hombre de 35 a 38 años.

La corte decidió el conflicto de la evidencia, con absoluto acierto, en favor de la presentada por El Pueblo. Es lo más probable que la Santiago contestara en forma ofensiva a la también ofensiva indicación del acusado con respecto a su manera de ganarse la vida. La provocación partió indudablemente de Carrión, que quiso indicar o afirmar algo deprimente para la Santiago; y ésta se defendió en la forma que era de esperarse; y entonces él, abusando de su fuerza, acometió y agredió a la Santiago. Tal es la impresión que la prueba produce en cualquier espíritu no prevenido.

La apelación se basa en que la corte cometió error al juzgar esa prueba; sin que se exprese siquiera que de parte del

juez hubo pasión, prejuicio o parcialidad, ni que se trate de un error manifiesto y grave.

Sostenemos la decisión de la corte en cuanto a la prueba, y resolvemos que no se cometió error alguno.

*Debe confirmarse la sentencia apelada.*